District Judge Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMINA ALI MOHAMED,<br><br>                Plaintiff,<br><br>v.<br><br>MARC D. DILLARD, *et al.*,<br><br>                Defendants. | Case No. 2:24-cv-01799-JNW<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND [PROPOSED] ORDER<br><br>Noted for Consideration:<br>December 20, 2024 |

Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings through March 10, 2025. Plaintiff brings this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel Defendants to readjudicate Plaintiff's husband's immigrant visa application. Defendants' response to the Complaint is currently due on January 7, 2025. For good cause, the parties request that the Court hold this case in abeyance through March 10, 2025.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for

STIPULATED MOTION TO HOLD CASE IN ABEYANCE
AND [PROPOSED] ORDER
[Case No. 2:24-cv-01799-JNW] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

1  counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ.
2  P. 1.

3        With additional time, this case may be resolved without the need of further judicial
4  intervention.  Plaintiff's husband's visa application is currently refused under 8 U.S.C. § 1201(g)
5  for required security screening.  The consular officer determined that additional information from
6  sources other than the applicant may help establish his eligibility for the visa.  The processing
7  remains active and ongoing.  When processing is complete, the consular officer at the U.S.
8  Embassy in Nairobi will determine the next steps required, which may include reaching out to the
9  applicant to request additional information, or possibly re-adjudicating the visa application.

10       Accordingly, the parties respectfully request that the instant action be stayed until
11 March 10, 2025.  The parties will submit a joint status report on or before March 10, 2025.

12       DATED this 23rd day of December, 2024.

13 Respectfully submitted,

14 TESSA M. GORMAN        GOLDSTEIN IMMIGRATION LAWYERS
   United States Attorney
15

   *s/ Michelle R. Lambert*        *s/Joshua L. Goldstein*
16 MICHELLE R. LAMBERT, NYS #4666657    JOSHUA L. GOLDSTEIN, WSBA #61773
   Assistant United States Attorney        611 Wilshire Boulevard, Suite 317
17 United States Attorney's Office        Los Angeles, California 90017
   Western District of Washington        Phone: 213-425-1979
18 1201 Pacific Avenue, Suite 700        Email: jg@jgoldlaw.com
   Tacoma, Washington 98402
19 Phone:  (253) 428-3800        *Attorneys for Plaintiff*
   Fax:     (253) 428-3826
20 Email:  michelle.lambert@usdoj.gov

21 *Attorneys for Defendants*

22 I certify that this memorandum contains 287
   words, in compliance with the Local Civil Rules.
23

24

STIPULATED MOTION TO HOLD CASE IN ABEYANCE      UNITED STATES ATTORNEY
AND [PROPOSED] ORDER      1201 PACIFIC AVE., STE. 700
[Case No. 2:24-cv-01799-JNW] - 2      TACOMA, WA 98402
     (253) 428-3800

## [PROPOSED] ORDER

The case is held in abeyance until March 10, 2025.  The parties shall submit a joint status report on or before March 10, 2025.  It is so **ORDERED**.

DATED this 23rd day of December, 2024.

JAMAL N. WHITEHEAD
United States District Judge

STIPULATED MOTION TO HOLD CASE IN ABEYANCE
AND [PROPOSED] ORDER
[Case No. 2:24-cv-01799-JNW] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800