District Judge Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMINA ALI MOHAMED, <br><br> Plaintiff, <br><br> v. <br><br> MARC D. DILLARD, *et al.*,[1] <br><br> Defendants. | Case No. 2:24-cv-01799-JNW <br><br> STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND [PROPOSED] ORDER <br><br> Noted for Consideration: <br> March 6, 2025 |

Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to continue to stay these proceedings through April 9, 2025. Plaintiff brings this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel Defendants to readjudicate Plaintiff's husband's immigrant visa application. This case is currently stayed through March 10, 2025. Dkt. No. 7, Order. For good cause, the parties request that the Court continue to hold this case in abeyance through April 9, 2025.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Defendants substitute Secretary of State Marco Rubio for former Secretary Antony Blinken.

STIPULATED MOTION
[Case No. 2:24-cv-01799-JNW] - 1

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention. Plaintiff's husband's visa application remains refused under 8 U.S.C. § 1201(g) for required security screening. Security screening was very recently completed. The consular officer at the U.S. Embassy in Nairobi expects to review the visa application file to determine the additional steps required in processing the visa application. Additional time is required for this process to continue.

Accordingly, the parties respectfully request that the instant action be stayed until April 9, 2025. The parties will submit a joint status report on or before April 9, 2025.

DATED this 6th day of March, 2025.

Respectfully submitted,

| | |
|---|---|
| TEAL LUTHY MILLER<br>Acting United States Attorney | GOLDSTEIN IMMIGRATION LAWYERS |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (206) 553-7970<br>Fax:   (206) 553-4067<br>Email:  michelle.lambert@usdoj.gov | *s/Joshua L. Goldstein*<br>JOSHUA L. GOLDSTEIN, WSBA# 61773<br>Goldstein Immigration Lawyers<br>611 Wilshire Boulevard, Ste. 317<br>Los Angeles, California 90017<br>Phone: 213-425-1979<br>Email:  jg@jgoldlaw.com<br>*Attorneys for Plaintiff* |

*Attorneys for Defendants*

*I certify that this memorandum contains 269 words, in compliance with the Local Civil Rules.*

STIPULATED MOTION
[Case No. 2:24-cv-01799-JNW] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

**[PROPOSED] ORDER**

The case is held in abeyance until April 9, 2025. The parties shall submit a joint status report on or before April 9, 2025. It is so **ORDERED**.

DATED this 7th day of March, 2025.

JAMAL N. WHITEHEAD
United States District Judge

STIPULATED MOTION
[Case No. 2:24-cv-01799-JNW] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800