District Judge Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMINA ALI MOHAMED, <br><br> Plaintiff, <br><br> v. <br><br> MARC D. DILLARD, *et al.*,[1] <br><br> Defendants. | Case No. 2:24-cv-01799-JNW <br><br> STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND [PROPOSED] ORDER <br><br> Noted for Consideration: <br> April 8, 2025 |

Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to continue to stay these proceedings through May 7, 2025. Plaintiff brings this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel Defendants to readjudicate Plaintiff's husband's immigrant visa application. This case is currently stayed through April 9, 2025. Dkt. No. 9, Order. For good cause, the parties request that the Court continue to hold this case in abeyance through May 7, 2025.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Defendants substitute Secretary of State Marco Rubio for former Secretary Antony Blinken.

STIPULATED MOTION
[Case No. 2:24-cv-01799-JNW] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

1   Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706
2   (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to
3   control the disposition of the causes on its docket with economy of time and effort for itself, for
4   counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ.
5   P. 1.

6   With additional time, this case may be resolved without the need of further judicial
7   intervention. A consular officer has refused Plaintiff's husband's visa application pursuant to 8
8   U.S.C. § 1187(a)(3)(B). Plaintiff's counsel needs additional time to confer with Plaintiff about
9   how to proceed and if dismissal is appropriate.

10  Accordingly, the parties respectfully request that the instant action be stayed until May 7,
11  2025. The parties will submit a joint status report on or before May 7, 2025.

12  DATED this 8th day of April, 2025.

13  Respectfully submitted,

14  TEAL LUTHY MILLER                              GOLDSTEIN IMMIGRATION LAWYERS
    Acting United States Attorney
15
    s/ Michelle R. Lambert                         s/Joshua L. Goldstein
16  MICHELLE R. LAMBERT, NYS #4666657              JOSHUA L. GOLDSTEIN, WSBA# 61773
    Assistant United States Attorney               Goldstein Immigration Lawyers
17  United States Attorney's Office                611 Wilshire Boulevard, Ste. 317
    Western District of Washington                 Los Angeles, California 90017
18  1201 Pacific Avenue, Suite 700                 Phone: 213-425-1979
    Tacoma, Washington 98402                       Email: jg@jgoldlaw.com
19  Phone: (206) 553-7970                          *Attorneys for Plaintiff*
    Fax:   (206) 553-4067
20  Email: michelle.lambert@usdoj.gov

21  *Attorneys for Defendants*

22  *I certify that this memorandum contains 245
    words, in compliance with the Local Civil Rules.*
23

24

**[PROPOSED] ORDER**

The case is held in abeyance until May 7, 2025. The parties shall submit a joint status report on or before May 7, 2025. It is so **ORDERED**.

DATED this 9th day of April, 2025.

JAMAL N. WHITEHEAD
United States District Judge

STIPULATED MOTION
[Case No. 2:24-cv-01799-JNW] - 3

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800